# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 9, 2025

## NO. 03-24-00058-CR

**Jacob Earl Shirejian, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 483RD DISTRICT COURT OF HAYS COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
MODIFIED AND AS MODIFIED AFFIRMED IN PART; REVERSED IN PART --
OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment of conviction. Therefore, the Court modifies the judgment for cause number CR-21-1618-A Count III to replace the text under "Date of Offense" to read "09/19/2014" and modify the judgment for cause number CR-21-1618-A Count V to replace the text under "Date of Offense" to read "09/19/2011", and we reverse the judgment of conviction in trial court cause number CR-21-1618-A Count II and order Shirejian acquitted on that offense. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.